George Panos, Appellant, *v.* Bruno Borsch et al., Respondents.

Submitted May 20, 1940; decided May 28, 1940.

*Nathan Feldman* for motion.

*David P. Siegel* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied, with leave to renew upon the argument.

Elizabeth Roewekamp, Appellant, *v.* New York Post-Graduate Medical School and Hospital, Respondent.

Submitted May 20, 1940; decided May 28, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 585.)